**Fill in this information to identify the case:**

Debtor Name: Don's Barefoot Beach Marina LLC

United States Bankruptcy Court for the: Eastern District of Texas

Case number: 24-20024

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: March

Date report filed: 04/26/2024
MM / DD / YYYY

Line of business: RV resort & Marina

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Misty Thornton on behalf of Don's Barefoot Bay Marina LLC

Original signature of responsible party: Misty Thornton

Printed name of responsible party: Misty Thornton

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.* | Yes | No | N/A |
|---|---|---|---|---|
| 1 | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☒ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? (filed extension) | ☒ | ☐ | ☐ |
| 7 | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8 | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9 | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |
| | If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.* | | | |
| 10 | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Debtor Name __Don's Barefoot Beach Marina LLC__   Case number __24-20024__

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☒ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☒ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.   $ 507.35

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 31,243.04

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if you have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   – $ 30,702.43

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.   + $ 540.61

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.   = $ 1512.88

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   IRS/ payroll taxes approx $1500.00   $ 1500.00

   *(Exhibit E)*

Debtor Name _Don's Barefoot Marina LLC_   Case number _24-20034_

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**

    *(Exhibit F)*   $ _N/A_

## 5. Employees

26. What was the number of employees when the case was filed?   _8_
27. What is the number of employees as of the date of this monthly report?   _4_

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ _0_
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _580.00_
30. How much have you paid this month in other professional fees?   $ _0_
31. How much have you paid in total other professional fees since filing the case?   $ _0_

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected** | − | Column B<br>**Actual** | = | Column C<br>**Difference** |
|---|---|---|---|---|---|
|  | Copy lines 36-37 from the previous month's report. |  | Copy lines 20-22 of this report |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ _60,000_ | − | $ _31,243.04_ | = | $ _540.61_ |
| 33. **Cash disbursements** | $ _50,000_ | − | $ _30,702.43_ | = | $ _10,000.00_ |
| 34. **Net cash flow** | $ _10,000_ | − | $ _540.61_ | = | $ _9459.39_ |

35. Total projected cash receipts for the next month:   $ _60,000.00_
36. Total projected cash disbursements for the next month:   − $ _50,000.00_
37. Total projected net cash flow for the next month:   = $ _10,000.00_

Debtor Name  Don's Barefoot Bay Marina    Case number  24 - 20024

## ■ 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☒ 38   Bank statements for each open account (redact all but the last 4 digits of account numbers)

❏ 39.  Bank reconciliation reports for each account.

❏ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

❏ 41.  Budget, projection, or forecast reports.

❏ 42.  Project, job costing, or work-in-progress reports.





**PILGRIM BANK**

2401 S JEFFERSON AVE
MT PLEASANT, TX 75455
877-303-3111

Toll Free 877-303-3111
www.pilgrimbank.com
Member FDIC

## FINANCIAL SERVICES STATEMENT

| Northeast TX Region | Panhandle - North Central TX Region | |
|---|---|---|
| Pittsburg | Wellington | Iowa Park |
| Mt Pleasant | Clarendon | Wichita Falls |
| Sulphur Springs | Vernon | Holliday |
| Decatur | Electra | Windthorst |

DON'S BAREFOOT BEACH MARINA, LLC
DBA BAREFOOT BAY
MARINA & RV RESORT
190 E STACY RD STE 306 #391
ALLEN          TX 75002-0000

| INTEREST RECEIVED TO DATE | | CUSTOMER NUMBER |
|---|---|---|
| | | 310008990 |
| INTEREST TO DATE | FROM DATE | TO DATE |
| | 02/29 | 03/29/2024 |
| SSN | | PAGE 1 |

Please examine your statement at once and report any discrepancy within ten days.  See reverse side for important information

****** SIMPLE BUSINESS        ******# 310008990 PREVIOUS BALANCE        507.35

| Date | Debits / Credits | Description | | |
|---|---|---|---|---|
| 03/01 | 145.16 | DEPOSIT | | |
| 03/01 | 698.62 | DEPOSIT | | |
| 03/01 | 1,129.65 | BANKCARD 1131 | BTOT DEP | 518353650100514 ACH DEPOSIT |
| 03/01 | 24.89 | NETFLIX, INC. | CA | CA POS DEBIT |
| 03/01 | 217.00 | TX REAL ESTATE | AUSTIN | TX POS DEBIT |
| 03/01 | 15.20 | TX PARKS WLDLIFE LCNSESALE | 9532,8021024060 ACH DEBIT | |
| 03/04 | 219.80 | DEPOSIT | | |
| 03/04 | 386.38 | DEPOSIT | | |
| 03/04 | 599.51 | DEPOSIT | | |
| 03/04 | 1,270.00 | DEPOSIT | | |
| 03/04 | 20.70 | BANKCARD 1131 | BTOT DEP | 518353650100514 ACH DEPOSIT |
| 03/04 | 3,505.06 | BANKCARD 1131 | BTOT DEP | 518353650100514 ACH DEPOSIT |
| 03/04 | 68.45 | BANKCARD 1131 | MTOT DISC | 518353650100928 ACH DEBIT |
| 03/04 | 498.48 | BANKCARD 1131 | MTOT DISC | 518353650100514 ACH DEBIT |
| 03/04 | 3,453.71 | WASTE CONNECTION | WEB_PAY | ACH DEBIT |
| 03/04 | 30.00 | STOP PAY FEE | | |
| 03/05 | 300.54 | DEPOSIT | | |
| 03/05 | 883.55 | BANKCARD 1131 | BTOT DEP | 518353650100514 ACH DEPOSIT |
| 03/05 | 14.00 | AMAZON.COM*RN0 | SEATTLE | WA POS DEBIT |
| 03/05 | 16.15 | Amazon Prime*R | Amzn.com/billWA POS DEBIT | |
| 03/05 | 176.62 | AMAZON.COM*RN4 | SEATTLE | WA POS DEBIT |
| 03/05 | 224.49 | AMAZON.COM*RN6 | SEATTLE | WA POS DEBIT |
| 03/05 | 5.58 | Germania | VENDOR PMT | ACH DEBIT |
| 03/05 | 600.91 | Germania | VENDOR PMT | ACH DEBIT |
| 03/06 | 266.27 | DEPOSIT | | |
| 03/06 | 3,453.71 | RTN ACH DEBIT | WASTE CONNECTIO DEPOSIT | |
| 03/06 | 2,404.07 | BANKCARD 1131 | BTOT DEP | 518353650100514 ACH DEPOSIT |
| 03/06 | 7.75 | AMAZON.COM*RZ2 | SEATTLE | WA POS DEBIT |
| 03/06 | 25.00 | I/B TRANSFER TO | 310008974 25.00 | IB DEBIT |
| 03/06 | 808.03 | IRS | USATAXPYM 227446666287708 ACH DEBIT | |
| 03/07 | 1,200.22 | DEPOSIT | | |
| 03/07 | 2,280.64 | BANKCARD 1131 | BTOT DEP | 518353650100514 ACH DEPOSIT |
| 03/07 | 17.23 | AMAZON.COM*RZ9 | SEATTLE | WA POS DEBIT |
| 03/07 | 610.59 | WEBFILE TAX PYMT DU | 902/75037735 ACH DEBIT | |

| ACCOUNT | PREVIOUS BALANCE | TOTAL DEBITS | | TOTAL CREDITS | | FEE | CLOSING BALANCE | ENCL |
|---|---|---|---|---|---|---|---|---|
| | | NUM | AMOUNT | NUM | AMOUNT | | | |



## PILGRIM BANK

2401 S JEFFERSON AVE
MT PLEASANT, TX 75455
877-303-3111

Toll Free 877-303-3111
www.pilgrimbank.com
Member FDIC

### FINANCIAL SERVICES STATEMENT

Northeast TX Region    Panhandle - North Central TX Region
Pittsburg            Wellington        Iowa Park
Mt Pleasant          Clarendon         Wichita Falls
Sulphur Springs      Vernon            Holliday
Decatur              Electra           Windthorst

| INTEREST RECEIVED TO DATE | | CUSTOMER NUMBER | |
|---|---|---|---|
| | | 310008990 | |
| INTEREST TO DATE | | FROM DATE | TO DATE |
| | | 02/29 | 03/29/2024 |
| SSN | | PAGE | 2 |

DON'S BAREFOOT BEACH MARINA, LLC
DBA BAREFOOT BAY
MARINA & RV RESORT
190 E STACY RD STE 306 #391
ALLEN            TX 75002-0000

Please examine your statement at once and report any discrepancy within ten days  See reverse side for important information

| Date | Debits / Credits | Description | | | |
|---|---|---|---|---|---|
| 03/07 | 2,241.70 | COCACOLASOUTHWES | | WEBPAYMENT | ACH DEBIT |
| 03/08 | 708.69 | DEPOSIT | | | |
| 03/08 | 868.25 | BANKCARD 1131 | BTOT DEP | 518353650100514 | ACH DEPOSIT |
| 03/08 | 6.45 | AMAZON.COM*RN0 | | SEATTLE | WA POS DEBIT |
| 03/08 | 7.26 | AMAZON.COM*RN2 | | SEATTLE | WA POS DEBIT |
| 03/08 | 7.53 | AMAZON.COM*R67 | | SEATTLE | WA POS DEBIT |
| 03/08 | 8.61 | AMAZON.COM*RN9 | | SEATTLE | WA POS DEBIT |
| 03/08 | 8.61 | AMAZON.COM*R68 | | SEATTLE | WA POS DEBIT |
| 03/08 | 8.61 | AMAZON.COM*RN5 | | SEATTLE | WA POS DEBIT |
| 03/08 | 8.61 | AMAZON.COM*RN8 | | SEATTLE | WA POS DEBIT |
| 03/08 | 9.69 | AMAZON.COM*R65 | | SEATTLE | WA POS DEBIT |
| 03/08 | 10.76 | AMAZON.COM*R67 | | SEATTLE | WA POS DEBIT |
| 03/08 | 10.76 | AMAZON.COM*RN6 | | SEATTLE | WA POS DEBIT |
| 03/08 | 14.00 | AMAZON.COM*R68 | | SEATTLE | WA POS DEBIT |
| 03/08 | 15.07 | AMAZON.COM*R64 | | SEATTLE | WA POS DEBIT |
| 03/08 | 16.15 | AMAZON.COM*RN7 | | SEATTLE | WA POS DEBIT |
| 03/08 | 17.23 | AMAZON.COM*RN1 | | SEATTLE | WA POS DEBIT |
| 03/08 | 19.38 | AMAZON.COM*RN4 | | SEATTLE | WA POS DEBIT |
| 03/08 | 20.46 | AMAZON.COM*RN2 | | SEATTLE | WA POS DEBIT |
| 03/08 | 21.54 | AMAZON.COM*RN0 | | SEATTLE | WA POS DEBIT |
| 03/08 | 27.44 | AMAZON.COM*R63 | | SEATTLE | WA POS DEBIT |
| 03/08 | 37.70 | AMAZON.COM*RN2 | | SEATTLE | WA POS DEBIT |
| 03/08 | 39.86 | DOLLAR-GENERAL | | PITTSBURG | TX POS DEBIT |
| 03/08 | 64.14 | TX PARKS WILDLIFE LCNSESALE | | 9532,8021024067 | ACH DEBIT |
| 03/08 | 8.00 | | | ACH | ACH DEBIT |
| 03/08 | 219.00 | DISH NETWORK | | | |
| 03/11 | 108.78 | DEPOSIT | | | |
| 03/11 | 340.47 | DEPOSIT | | | |
| 03/11 | 534.55 | DEPOSIT | | | |
| 03/11 | 2,198.18 | BANKCARD 1131 | BTOT DEP | 518353650100514 | ACH DEPOSIT |
| 03/11 | 2,459.01 | BANKCARD 1131 | BTOT DEP | 518353650100514 | ACH DEPOSIT |
| 03/11 | 5.38 | AMAZON PRIME*R | | 888-802-3080 WA POS DEBIT | |
| 03/11 | 6.22 | DOLLAR-GENERAL | | PITTSBURG | TX POS DEBIT |
| 03/11 | 7.57 | APPLE.COM/BILL | | 866-712-7753 CA POS DEBIT | |
| 03/11 | 7.57 | APPLE.COM/BILL | | 866-712-7753 CA POS DEBIT | |

| ACCOUNT | PREVIOUS BALANCE | TOTAL DEBITS | | TOTAL CREDITS | | FEE | CLOSING BALANCE | ENCL |
|---|---|---|---|---|---|---|---|---|
| | | NUM | AMOUNT | NUM | AMOUNT | | | |



**PILGRIM BANK**

2401 S JEFFERSON AVE
MT PLEASANT, TX 75455
877-303-3111

Toll Free 877-303-3111
www.pilgrimbank.com
Member FDIC

## FINANCIAL SERVICES STATEMENT

| Northeast TX Region | Panhandle - North | Central TX Region |
|---|---|---|
| Pittsburg | Wellington | Iowa Park |
| Mt Pleasant | Clarendon | Wichita Falls |
| Sulphur Springs | Vernon | Holliday |
| Decatur | Electra | Winchthorst |

DON'S BAREFOOT BEACH MARINA, LLC
DBA BAREFOOT BAY
MARINA & RV RESORT
190 E STACY RD STE 306 #391
ALLEN                     TX 75002-0000

| INTEREST RECEIVED TO DATE | CUSTOMER NUMBER |
|---|---|
| | 310008990 |

| INTEREST TO DATE | FROM DATE | TO DATE |
|---|---|---|
| | 02/29 | 03/29/2024 |

| SSN | | PAGE | 3 |
|---|---|---|---|

*Please examine your statement at once and report any discrepancy within ten days. See reverse side for important information.*

| Date | Debits / Credits | Description | | | |
|---|---|---|---|---|---|
| 03/11 | 8.61 | AMAZON.COM*RN2 | | SEATTLE | WA POS DEBIT |
| 03/11 | 8.65 | APPLE.COM/BILL | | 866-712-7753 | CA POS DEBIT |
| 03/11 | 9.68 | AMAZON.COM*R63 | | SEATTLE | WA POS DEBIT |
| 03/11 | 10.56 | APPLE.COM/BILL | | 866-712-7753 | CA POS DEBIT |
| 03/11 | 10.76 | AMAZON.COM*RN2 | | SEATTLE | WA POS DEBIT |
| 03/11 | 10.81 | APPLE.COM/BILL | | 866-712-7753 | CA POS DEBIT |
| 03/11 | 14.31 | APPLE.COM/BILL | | 866-712-7753 | CA POS DEBIT |
| 03/11 | 15.07 | AMAZON.COM*RN4 | | SEATTLE | WA POS DEBIT |
| 03/11 | 16.15 | AMAZON.COM*RN8 | | SEATTLE | WA POS DEBIT |
| 03/11 | 17.88 | AMAZON.COM*RN8 | | SEATTLE | WA POS DEBIT |
| 03/11 | 21.64 | Adobe | | San Jose | CA POS DEBIT |
| 03/11 | 71.10 | AMAZON.COM*RN1 | | SEATTLE | WA POS DEBIT |
| 03/11 | 150.00 | CARTERS PIT ST | | PITTSBURG | TX POS DEBIT |
| 03/11 | 357.94 | AMAZON.COM*R61 | | SEATTLE | WA POS DEBIT |
| 03/11 | 766.24 | THE HOME DEPOT | | MT PLEASANT | TX POS DEBIT |
| 03/12 | 510.86 | BANKCARD 1131 | BTOT DEP | 518353650100514 | ACH DEPOSIT |
| 03/12 | 42.99 | AMAZON.COM*RN6 | | SEATTLE | WA POS DEBIT |
| 03/13 | 133.20 | DEPOSIT | | | |
| 03/13 | 299.72 | DEPOSIT | | | |
| 03/13 | 1,401.03 | BANKCARD 1131 | BTOT DEP | 518353650100514 | ACH DEPOSIT |
| 03/13 | 8.65 | The Roku Chann | | 8162728107 | DE POS DEBIT |
| 03/13 | 12.98 | Roku for CBS 1 | | 8162728107 | DE POS DEBIT |
| 03/13 | 27.05 | APPLE.COM/BILL | | 866-712-7753 | CA POS DEBIT |
| 03/13 | 145.49 | UPSHUR RURAL E | | GILMER | TX POS DEBIT |
| 03/13 | 258.16 | UPSHUR RURAL E | | GILMER | TX POS DEBIT |
| 03/13 | 962.45 | UPSHUR RURAL E | | GILMER | TX POS DEBIT |
| 03/14 | 121.28 | DEPOSIT | | | |
| 03/14 | 1,241.88 | BANKCARD 1131 | BTOT DEP | 518353650100514 | ACH DEPOSIT |
| 03/14 | 11.90 | APPLE.COM/BILL | | 866-712-7753 | CA POS DEBIT |
| 03/14 | 691.84 | FRITO LAY SNAC | | 469-298-7209 | TX POS DEBIT |
| 03/14 | 705.42 | UPSHUR RURAL E | | GILMER | TX POS DEBIT |
| 03/14 | 200.00 | APPLECARD GSBANK | | PAYMENT | ACH DEBIT |
| 03/15 | 81.46 | DEPOSIT | | | |
| 03/15 | 2,658.46 | BANKCARD 1131 | BTOT DEP | 518353650100514 | ACH DEPOSIT |
| 03/15 | 254.01 | UPSHUR RURAL E | | GILMER | TX POS DEBIT |

| ACCOUNT | PREVIOUS BALANCE | TOTAL DEBITS | | TOTAL CREDITS | | FEE | CLOSING BALANCE | ENCL |
|---|---|---|---|---|---|---|---|---|
| | | NUM | AMOUNT | NUM | AMOUNT | | | |



**PILGRIM BANK**

2401 S JEFFERSON AVE
MT PLEASANT, TX 75455
877-303-3111

Toll Free 877-303-3111
www.pilgrimbank.com
Member FDIC

## FINANCIAL SERVICES STATEMENT

Northeast TX Region   Panhandle- North Central TX Region
Pittsburg          Wellington        Iowa Park
Mt Pleasant        Clarendon         Wichita Falls
Sulphur Springs    Vernon            Holliday
Decatur            Electra           Windthorst

| INTEREST RECEIVED TO DATE | CUSTOMER NUMBER |
|---|---|
|  | 310008990 |
| INTEREST TO DATE | FROM DATE | TO DATE |
|  | 02/29 | 03/29/202 |
| SSN |  | PAGE | 4 |

DON'S BAREFOOT BEACH MARINA, LLC
DBA BAREFOOT BAY
MARINA & RV RESORT
190 E STACY RD STE 306 #391
ALLEN          TX 75002-0000

Please examine your statement at once and report any discrepancy within ten days.  See reverse side for important information

| Date | Debits / Credits | Description | | |
|---|---|---|---|---|
| 03/15 | 379.96 | UPSHUR RURAL E | GILMER | TX POS DEBIT |
| 03/15 | 658.63 | FRITO LAY SNAC | 469-298-7209 TX POS DEBIT | |
| 03/15 | 20.00 | DISH NETWORK | RETURN FEE | ACH DEBIT |
| 03/15 | 102.19 | BiCounty Water S | UMS BILL | ACH DEBIT |
| 03/15 | 259.35 | TX PARKS WLDLIFE LCNSESALE | 9532,8021024074 | ACH DEBIT |
| 03/15 | 1,555.20 | BiCounty Water S | UMS BILL | ACH DEBIT |
| 03/18 | 485.68 | DEPOSIT | | |
| 03/18 | 910.52 | DEPOSIT | | |
| 03/18 | 1,521.17 | BANKCARD 1131 | BTOT DEP | 518353650100514 ACH DEPOSIT |
| 03/18 | 2,786.11 | BANKCARD 1131 | BTOT DEP | 518353650100514 ACH DEPOSIT |
| 03/18 | 12.98 | PARAMOUNT+ | WEST HOLLYWOOCA POS DEBIT | |
| 03/18 | 152.30 | UPSHUR RURAL E | GILMER | TX POS DEBIT |
| 03/18 | 337.51 | UPSHUR RURAL E | GILMER | TX POS DEBIT |
| 03/18 | 388.96 | UPSHUR RURAL E | VAN ALSTYNE | TX POS DEBIT |
| 03/18 | 1,050.25 | GRAYSON-COLLIN | | |
| 03/18 | 218.00 | AMEX EPAYMENT | ACH PMT | A3654 | ACH DEBIT |
| 03/19 | 270.05 | DEPOSIT | | |
| 03/19 | 2,297.27 | BANKCARD 1131 | BTOT DEP | 518353650100514 ACH DEPOSIT |
| 03/19 | 14.00 | AMAZON.COM*R65 | SEATTLE | WA POS DEBIT |
| 03/19 | 1,198.66 | ATT | Payment | ACH DEBIT |
| 03/20 | 532.04 | BANKCARD 1131 | BTOT DEP | 518353650100514 ACH DEPOSIT |
| 03/20 | 2.15 | Roku for 1975 | 8162728107 | DE POS DEBIT |
| 03/20 | 12.92 | AMAZON.COM*RH1 | SEATTLE | WA POS DEBIT |
| 03/20 | 22.62 | AMAZON.COM*RH9 | SEATTLE | WA POS DEBIT |
| 03/20 | 1,105.29 | IRS | USATAXPYM 227448066253042 | ACH DEBIT |
| 03/21 | 619.62 | BANKCARD 1131 | BTOT DEP | 518353650100514 ACH DEPOSIT |
| 03/21 | 3.24 | Roku for Strea | 8162728107 | DE POS DEBIT |
| 03/21 | 4.08 | AMAZON PRIME*R | 888-802-3080 WA POS DEBIT | |
| 03/21 | 4.51 | AMAZON PRIME*R | 888-802-3080 WA POS DEBIT | |
| 03/21 | 10.76 | AMAZON.COM*RA3 | SEATTLE | WA POS DEBIT |
| 03/21 | 21.50 | AMAZON.COM*RH2 | SEATTLE | WA POS DEBIT |
| 03/22 | 950.65 | BANKCARD 1131 | BTOT DEP | 518353650100514 ACH DEPOSIT |
| 03/22 | 4.08 | AMAZON PRIME*R | 888-802-3080 WA POS DEBIT | |
| 03/22 | 26.93 | AMAZON.COM*R64 | SEATTLE | WA POS DEBIT |
| 03/22 | 50.87 | AMAZON.COM*RH5 | SEATTLE | WA POS DEBIT |

| ACCOUNT | PREVIOUS BALANCE | TOTAL DEBITS | | TOTAL CREDITS | | FEE | CLOSING BALANCE | ENCL |
|---|---|---|---|---|---|---|---|---|
| | | NUM | AMOUNT | NUM | AMOUNT | | | |



**PILGRIM BANK**

2401 S JEFFERSON AVE
MT PLEASANT, TX 75455
877-303-3111

Toll Free 877-303-3111
www.pilgrimbank.com
Member FDIC

## FINANCIAL SERVICES STATEMENT

Northeast TX Region      Panhandle - North Central TX Region
Pittsburg                Wellington       Iowa Park
Mt Pleasant              Clarendon        Wichita Falls
Sulphur Springs          Varnor           Holliday
Decatur                  Electra          Winchorst

DON'S BAREFOOT BEACH MARINA, LLC
DBA BAREFOOT BAY
MARINA & RV RESORT
190 E STACY RD STE 306 #391
ALLEN                 TX 75002-0000

| INTEREST RECEIVED TO DATE | | CUSTOMER NUMBER |
|---|---|---|
| | | 310008990 |
| INTEREST TO DATE | FROM DATE | TO DATE |
| | 02/29 | 03/29/2024 |
| SSN | | PAGE 5 |

Please examine your statement at once and report any discrepancy within ten days. See reverse side for important information

| Date | Debits / Credits | Description | | | |
|---|---|---|---|---|---|
| 03/22 | 77.85 | AMAZON.COM*RA7 | SEATTLE | WA POS DEBIT |
| 03/22 | 217.55 | TX PARKS WILDLIFE LCNSESALE | 9532,8021024081 | ACH DEBIT |
| 03/25 | 115.72 | DEPOSIT | | |
| 03/25 | 204.22 | DEPOSIT | | |
| 03/25 | 235.04 | DEPOSIT | | |
| 03/25 | 320.63 | DEPOSIT | | |
| 03/25 | 327.33 | DEPOSIT | | |
| 03/25 | 835.04 | BANKCARD 1131 | BTOT DEP | 518353650100514 | ACH DEPOSIT |
| 03/25 | 3,717.58 | BANKCARD 1131 | BTOT DEP | 518353650100514 | ACH DEPOSIT |
| 03/25 | 3.24 | APPLE.COM/BILL | 866-712-7753 | CA POS DEBIT |
| 03/25 | 4.30 | AMAZON PRIME*R | 888-802-3080 | WA POS DEBIT |
| 03/25 | 5.45 | AMAZON.COM*RA5 | SEATTLE | WA POS DEBIT |
| 03/25 | 7.27 | AMAZON.COM*RH4 | SEATTLE | WA POS DEBIT |
| 03/25 | 8.65 | Roku for Hulu | 8162728107 | DE POS DEBIT |
| 03/25 | 9.73 | APPLE.COM/BILL | 866-712-7753 | CA POS DEBIT |
| 03/25 | 9.99 | APPLE.COM/BILL | 866-712-7753 | CA POS DEBIT |
| 03/25 | 10.76 | AMAZON.COM*RA8 | SEATTLE | WA POS DEBIT |
| 03/25 | 13.30 | AMAZON.COM*RA2 | SEATTLE | WA POS DEBIT |
| 03/25 | 14.72 | AMAZON.COM*RH0 | SEATTLE | WA POS DEBIT |
| 03/25 | 15.11 | Roku for Disne | 8162728107 | DE POS DEBIT |
| 03/25 | 17.22 | AMAZON.COM*RA8 | SEATTLE | WA POS DEBIT |
| 03/25 | 17.23 | AMAZON.COM*RA1 | SEATTLE | WA POS DEBIT |
| 03/25 | 17.23 | AMAZON.COM*RA6 | SEATTLE | WA POS DEBIT |
| 03/25 | 19.38 | AMAZON.COM*RA8 | SEATTLE | WA POS DEBIT |
| 03/25 | 22.69 | The Roku Chann | 8162728107 | DE POS DEBIT |
| 03/25 | 24.77 | AMAZON.COM*RH5 | SEATTLE | WA POS DEBIT |
| 03/25 | 26.93 | AMAZON PRIME*R | 888-802-3080 | WA POS DEBIT |
| 03/25 | 28.00 | AMAZON.COM*RH7 | SEATTLE | WA POS DEBIT |
| 03/25 | 35.55 | AMAZON.COM*RH8 | SEATTLE | WA POS DEBIT |
| 03/25 | 35.55 | AMAZON.COM*RA8 | SEATTLE | WA POS DEBIT |
| 03/25 | 40.84 | AMAZON.COM*RA0 | SEATTLE | WA POS DEBIT |
| 03/25 | 42.01 | AMAZON.COM*RA2 | SEATTLE | WA POS DEBIT |
| 03/25 | 43.07 | AMAZON.COM*RA4 | SEATTLE | WA POS DEBIT |
| 03/26 | 142.21 | DEPOSIT | | |
| 03/26 | 163.61 | DEPOSIT | | |

| ACCOUNT | PREVIOUS BALANCE | TOTAL DEBITS | | TOTAL CREDITS | | FEE | CLOSING BALANCE | ENCL |
|---|---|---|---|---|---|---|---|---|
| | | NUM | AMOUNT | NUM | AMOUNT | | | |



# PILGRIM BANK

**2401 S JEFFERSON AVE**
**MT PLEASANT, TX 75455**
**877-303-3111**

Toll Free 877-303-3111
www.pilgrimbank.com
Member FDIC

## FINANCIAL SERVICES STATEMENT

| Northeast TX Region | Panhandle - North Central TX Region | |
|---|---|---|
| Pittsburg | Wellington | Iowa Park |
| Mt Pleasant | Clarendon | Wichita Falls |
| Sulphur Springs | Vernon | Holliday |
| Decatur | Electra | Windthorst |

DON'S BAREFOOT BEACH MARINA, LLC
DBA BAREFOOT BAY
MARINA & RV RESORT
190 E STACY RD STE 306 #391
ALLEN          TX 75002-0000

| INTEREST RECEIVED TO DATE | CUSTOMER NUMBER | |
|---|---|---|
| | | page |
| | 310008990 | |
| INTEREST TO DATE | FROM DATE | TO DATE |
| | 02/29 | 03/29/202 |
| SSN | | PAGE 6 |

Please examine your statement at once and report any discrepancy within ten days  See reverse side for important information

| Date | Debits / Credits | Description | | | |
|---|---|---|---|---|---|
| 03/26 | 247.25 | BANKCARD 1131 | BTOT DEP | 518353650100514 | ACH DEPOSIT |
| 03/26 | 12.98 | Roku for Peaco | | 8162728107 | DE POS DEBIT |
| 03/26 | 34.79 | AMAZON.COM*RA3 | | SEATTLE | WA POS DEBIT |
| 03/26 | 35.55 | AMAZON.COM*RA6 | | SEATTLE | WA POS DEBIT |
| 03/26 | 72.48 | Brinks Home Sec | | Alarm Svc | ACH DEBIT |
| 03/26 | 785.50 | Germania | | VENDOR PMT | ACH DEBIT |
| 03/26 | 1,155.62 | ATT | | Payment | ACH DEBIT |
| 03/27 | 515.46 | BANKCARD 1131 | BTOT DEP | 518353650100514 | ACH DEPOSIT |
| 03/27 | 5.92 | AMAZON.COM*RH1 | | SEATTLE | WA POS DEBIT |
| 03/27 | 8.65 | APPLE.COM/BILL | | 866-712-7753 | CA POS DEBIT |
| 03/27 | 10.76 | AMAZON.COM*RH5 | | SEATTLE | WA POS DEBIT |
| 03/27 | 14.32 | AMAZON.COM*RA8 | | SEATTLE | WA POS DEBIT |
| 03/27 | 16.15 | AMAZON.COM*RH3 | | SEATTLE | WA POS DEBIT |
| 03/27 | 16.37 | AMAZON.COM*ZV4 | | SEATTLE | WA POS DEBIT |
| 03/27 | 22.62 | AMAZON.COM*RA7 | | SEATTLE | WA POS DEBIT |
| 03/27 | 23.80 | APPLE.COM/BILL | | CUPERTINO | CA POS DEBIT |
| 03/27 | 26.93 | AMAZON.COM*RA7 | | SEATTLE | WA POS DEBIT |
| 03/27 | 103.25 | TRANSAMERICA INS | | INSPAYMENT | ACH DEBIT |
| 03/28 | 17.23 | AMAZON.COM | | SEATTLE | WA POS CREDIT |
| 03/28 | 249.14 | BANKCARD 1131 | BTOT DEP | 518353650100514 | ACH DEPOSIT |
| 03/29 | 169.01 | DEPOSIT | | | |
| 03/29 | 243.84 | DEPOSIT | | | |
| 03/29 | 1,325.91 | BANKCARD 1131 | BTOT DEP | 518353650100514 | ACH DEPOSIT |
| 03/29 | 15.00 | OD/PAID NSF ITEM CHARGE | | FOR   1 ITEMS | NSF CHARGE |
| 03/29 | 15.07 | AMAZON.COM*QV6 | | SEATTLE | WA POS DEBIT |
| 03/29 | 24.89 | NETFLIX CO | | LOS GATOS | CA POS DEBIT |
| 03/29 | 11.40 | TX PARKS WLDLIFE LCNSESALE | | 095328021024088 | ACH DEBIT |
| 03/29 | 12.00 | SERVICE CHG | | | |

## NUMBERED CHECKS

| # | Date......Amount | # | Date......Amount | # | Date......Amount |
|---|---|---|---|---|---|
| 5158 | 03/25   272.00 | 11743*03/07 | 138.21 | 11748*03/07 | 335.05 |
| 12363*03/07 | 917.17 | 12480*03/15 | 494.00 | 12491*03/01 | 924.72 |
| 12493*03/01 | 753.32 | 12494*03/01 | 467.87 | 12496*03/04 | 68.56 |
| 12512*03/05 | 847.98 | 12513*03/11 | 176.53 | 12516*03/18 | 390.68 |

| ACCOUNT | PREVIOUS BALANCE | TOTAL DEBITS | | TOTAL CREDITS | | FEE | CLOSING BALANCE | ENCL |
|---|---|---|---|---|---|---|---|---|
| | | NUM | AMOUNT | NUM | AMOUNT | | | |



**PILGRIM BANK**

2401 S JEFFERSON AVE
MT PLEASANT, TX 75455
877-303-3111

Toll Free 877-303-3111
www.pilgrimbank.com
Member FDIC

## FINANCIAL SERVICES STATEMENT

| Northeast TX Region | Panhandle | North Central TX Region |
|---|---|---|
| Pittsburg | Wellington | Iowa Park |
| Mt Pleasant | Clarendon | Wichita Falls |
| Sulphur Springs | Vernon | Holliday |
| Decatur | Electra | Windthorst |

DON'S BAREFOOT BEACH MARINA, LLC
DBA BAREFOOT BAY
MARINA & RV RESORT
190 E STACY RD STE 306 #391
ALLEN          TX 75002-0000

| INTEREST RECEIVED TO DATE | | CUSTOMER NUMBER D1010 |
|---|---|---|
| | | 310008990 |
| INTEREST TO DATE | FROM DATE | TO DATE |
| | 02/29 | 03/29/2024 |
| SSN | PAGE | 7 |

Please examine your statement at once and report any discrepancy within ten days. See reverse side for important information.

### NUMBERED CHECKS

| # | Date | Amount | # | Date | Amount | # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 12517 | 03/04 | 262.55 | 12518 | 03/22 | 460.36 | 12519 | 03/18 | 364.08 |
| 12520 | 03/06 | 20.79 | 12521 | 03/06 | 47.46 | 12522 | 03/04 | 18.07 |
| 12525* | 03/19 | 793.52 | 12527* | 03/18 | 855.45 | 12529* | 03/19 | 518.80 |
| 12670* | 03/04 | 262.50 | 12671 | 03/11 | 585.08 | 12672 | 03/07 | 866.49 |
| 12673 | 03/12 | 135.00 | 12675* | 03/13 | 1,063.17 | 12676 | 03/13 | 3,594.68 |
| 12677 | 03/19 | 844.39 | 12678 | 03/20 | 200.00 | 12679 | 03/25 | 471.07 |
| 12680 | 03/26 | 352.33 | 12682* | 03/27 | 3,764.64 | 12684* | 03/29 | 1,253.30 |

### UNNUMBERED CHECKS

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 03/11 | 1,327.78 | 03/26 | 369.00 | | |

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 03/01 | 77.78 | 03/04 | 1,416.81 | 03/05 | 715.27 |
| 03/06 | 5,930.29 | 03/07 | 4,284.71 | 03/08 | 5,254.71 |
| 03/11 | 6,290.25 | 03/12 | 6,623.12 | 03/13 | 2,384.44 |
| 03/14 | 2,138.44 | 03/15 | 1,055.02 | 03/18 | 2,988.29 |
| 03/19 | 2,186.24 | 03/20 | 1,375.30 | 03/21 | 1,950.83 |
| 03/22 | 2,063.84 | 03/25 | 6,602.34 | 03/26 | 4,337.36 |
| 03/27 | 839.41 | 03/28 | 1,105.78 | 03/29 | 1,512.88 |

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $45.00 | $225.00 |
| TOTAL RETURNED ITEM FEES | $.00 | $.00 |

| ACCOUNT | PREVIOUS BALANCE | TOTAL DEBITS | | TOTAL CREDITS | | FEE | CLOSING BALANCE | ENCL |
|---|---|---|---|---|---|---|---|---|
| | | NUM | AMOUNT | NUM | AMOUNT | | | |
| CHECKING | 507.35 | 179 | 50,484.50 | 56 | 51,532.03 | 42.00 | 1,512.88 | 64 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR CONSUMER ELECTRONIC TRANSFERS:** Telephone us at 877-303-3111 or write us at 2401 S Jefferson, Mt Pleasant, TX 75455 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR INQUIRES ABOUT YOUR BILL:** Send your inquiry in writing on a separate sheet so that the creditor receives it within 60 days after the bill was mailed to you. Your written inquiry must include:

(1) Tell us your name and account number,

(2) A description of the error and why (to the extent you can explain) you believe it is an error, and

(3) The dollar amount of the suspected error.

If you have authorized your creditor to automatically pay your bill from your checking or savings accounts, you can stop or reverse payment on any amount you think is wrong by mailing your notices so that the creditor receives it within 16 days after the bill was sent to you.

You remain obligated to pay the parts of your bill not in dispute, but you do not have to pay any amount in dispute. During that same time, the creditor may not take any action to collect disputed amounts or report disputed amounts as delinquent.

This is a summary of your rights; a full statement of your rights and the creditor's responsibilities under the Federal Fair Credit Billing Act will be sent to you both upon request and in response to a billing error notice.

**ATM SAFETY PRECAUTIONS**

As issuers of Automated Teller Machine (ATM) access devices, we have provided for your information a list of safety precautions regarding the use of automated teller machines. Please read the following safety precautions:

- When using walk-up or drive-up unmanned ATMs
    - Remain aware of surroundings, particularly at night, and exercise caution when withdrawing funds;
    - Inspect an ATM before use for possible tampering, or for the presence of an unauthorized attachment that could capture information from the access
    - device or your Personal Identification Number (PIN)
    - Refrain from displaying cash and put it away as soon as the transaction is complete; and
    - Wait to count cash until you are in the safety of a locked enclosure, such as your car or home.
- Do not reveal your personal identification number (PIN) to others. Avoid allowing others to view your PIN entry into an ATM. Memorize your PIN and do not write your PIN or code on your ATM access device.
- Safeguard and protect your access device. Treat it as if it were cash, and if it has an embedded chip, keep the device in a safety envelope to avoid undetected and unauthorized scanning.
- Promptly report a lost or stolen access device and report all crimes to law enforcement officials immediately.
- If you observe suspicious persons or circumstances while approaching or using an ATM, do not use the machine or, if you are in the middle of a transaction, cancel the transaction, take the access device, leave the area, and come back another time or use an ATM at another location.
- Safeguard and securely dispose of ATM receipts.
- Do not surrender information about your access device over the telephone or over the Internet, unless to a trusted merchant in a call or transaction initiated by you.
- Promptly review your monthly statement and compare ATM receipts against your statement to protect against ATM fraud.
- If purchasing online with the access device, end transactions by logging out of websites rather than simply closing the web browser to protect against Internet fraud.