# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## MARSHAL DIVISION

| | |
|---|---|
| IN RE: | Case No.:   24-20024 |
| | Chapter:   11 |
| **Don's Barefoot Beach Marina, LLC** | |
| Debtor.[1] | |

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Don's Barefoot Beach Marina, LLC, (0247), and Thornton Real Estate Investment Inc. (9321). The Debtors' respective corporate headquarters are: 5244 FM 1520, Pittsburg, TX 75686; and 190 E Stacy Rd STE 306#391, Allen, TX 75002.

8.   Debtors shall promptly file a Master Mailing List (the "**Matrix**") under the jointly administered case number such that any notices to be given to creditors and other parties in interest in either case shall be given to said parties in all cases.

9.   If any pleadings, papers, or documents have been filed in any of the above captioned cases other than the Lead Case prior to the entry of this Order, and those matters have not yet been heard and decided, the party who filed the pleading, paper, or document shall (i) refile the pleading, paper, or document in the Lead Case within 3 business days of the entry of this Order, (ii) set the pleading, paper, or document for hearing before the judge assigned to the Lead Case, and (iii) notice the hearing to all appropriate parties

10.   That in the event that any of these cases have been assigned to separate judges, all such cases shall be transferred to the judge with the lowest numbered case;

11.   The Debtors are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

12.   The Clerk shall file a copy of this order in the Lead Case and each of the member cases.

13. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

14. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

**ORDER SUBMITTED BY:**

*/s/ Robert DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email** robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email** mike@demarcomitchell.com
1255 W. 15th Street, 805
Plano, TX 75075
T 972-578-1400
F 972-346-6791
***Proposed* Counsel for Debtors and Debtors in Possession**