**DeMarco-Mitchell, PLLC**
Robert T. DeMarco
Michael S. Mitchell
12770 Coit Road, Suite 850
Dallas, TX 75251
**T** 972-991-5591
**F** 972-346-6791

### IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| IN RE: | Case No.: 24-20024 |
| | Chapter: 11 |
| Don's Barefoot Beach Marina, LLC | |
| Debtor.[1] | |

### DEBTORS' MOTION TO DISMISS CHAPTER 11 BANKRUPTCY CASE
### [11 U.S.C. § 1112(b)]

### 14-DAY NEGATIVE NOTICE

**Your rights may be affected by the relief sought in this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you oppose the relief sought by this pleading, you <u>must</u> file a written objection, explaining the factual and/or legal basis for opposing the relief.**

**No hearing will be conducted on this motion unless a written objection is filed with the Clerk of the United States Bankruptcy Court and served upon the party filing this pleading <u>WITHIN FOURTEEN (14) DAYS FROM THE DATE OF SERVICE</u> shown in the certificate of service unless the court shortens or extends the time for filing such objection. If no objection is timely served and filed, this pleading shall be deemed to be unopposed, and the court may enter an order granting the relief sought. If an objection is filed and served in a timely manner, the court will thereafter set a hearing with appropriate notice. If you fail to appear at the hearing, your objection may be stricken. The court reserves the right to set a hearing on any matter.**

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

      **COMES NOW**, Don's Barefoot Beach Marina, LLC ("**Don's**") and Thornton Real Estate Investment Inc. ("**Thornton**"), debtors and debtors in possession in the above-styled and numbered cases (collectively, the "**Debtors**"), and files this *Debtors' Motion to Dismiss Chapter 11 Bankruptcy Case [11 U.S.C. § 1112(b)]* ("**Motion**") by and through the undersigned attorney,

---

[1] The Debtors in these proceedings (including the last four digits of their respective taxpayer identification numbers) are: Don's Barefoot Beach Marina, LLC, (0247), and Thornton Real Estate Investment Inc. (9321). The Debtors' respective corporate headquarters are: 5244 FM 1520, Pittsburg, TX 75686; and 190 E Stacy Rd STE 306#391, Allen, TX 75002

and would respectfully show the Court as follows:

## I. JURISDICTION

1. The Court has jurisdiction over the subject matter of this Motion pursuant to 28 U.S.C. §1334(b) and the standing order of reference of the District Court. This matter is a core proceeding.  28 U.S.C. §§ 157(b)(1), (b)(2)(M).

2. Venue in this Court is proper under 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are sections 105(a), 363(b)(1) and 1107(a) of title 11 of United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**").

## II. BACKGROUND

### A. Procedural History

4. Don's filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on **May 20, 2024**.

5. Thornton filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on **May 20, 2024**.

6. The Debtors, own and operate a marina on Lake Bob Sandlin.  Don's is the operating entity and the owner of the cabins located on the property ("**Personal Property**"). Thornton owns the real property from which Don's operates the marina and related business activates ("**Real Property**" and collectively with the Personal Property, the "**Property**").  The Debtors operate as a single economic unit.  The sole equity stakeholder of each of the Debtors is Misty Thornton.

7. Since the filing of this case, the Debtors received an offer to purchase the Property for a sum in excess of all liens against the Property and no longer needs the protections afforded it under the Bankruptcy Code.

### III.    DISMISSAL

8. In light of the foregoing the Debtors have no need to remain in chapter 11.

**WHEREFORE, PREMISES CONSIDERED**, the Debtor requests the Court enter an Order dismissing this case; and for such other and further relief as is just and proper.

Respectfully submitted,

Dated: October 25, 2024

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
12770 Coit Road, 850
Dallas, TX 75251
T        972-991-5591
F        972-346-6791
**Counsel for Debtor sand Debtors-in-Possession**

### CERTIFICATE OF SERVICE

The undersigned counsel herby certifies that true and correct copies of the foregoing pleading and all attachments were served upon all parties listed below in accordance with applicable rules of bankruptcy procedure on this **25th day of October 2024**. Where possible, service was made electronically via the Court's ECF noticing system or via facsimile transmission where a facsimile number is set forth below. Where such electronic service was not possible, service was made via regular first-class mail.

**DEBTORS**

**Don's Barefoot Beach Marina, LLC**
5244 FM 1520
Pittsburg, TX 75686

**Thornton Real Estate Investment Inc.**
190 E Stacy Rd STE 306#391
Allen, TX 75002

**UNITED STATES TRUSTEE**

**Office of the United States Trustee**
110 North College Avenue, Room 300
Tyler, Texas 75702

**ADDITIONAL PARTIES IN INTEREST AND/OR PARTIES REQUESTING NOTICE**

| | |
|---|---|
| **PlainsCapital Bank**<br>c/o Mike Menton<br>SettlePou<br>3333 Lee Parkway<br>Eighth Floor<br>Dallas, Texas 75219 | **U.S. Small Business Administration**<br>1545 Hawkins Blvd., Suite 202<br>El Paso, TX 79925 |

**SEE ATTACHED MATRIX**

*/s/ Robert T. DeMarco*
**DeMarco•Mitchell, PLLC**
Robert T. DeMarco, Texas Bar No. 24014543
**Email**    robert@demarcomitchell.com
Michael S. Mitchell, Texas Bar No. 00788065
**Email**    mike@demarcomitchell.com
12770 Coit Road, Suite 850
Dallas, TX 75251
**T**    972-991-5591
**F**    972-346-6791

```
Label Matrix for local noticing          Camp CAD                                  Commercial Advisors
0540-2                                   Linebarger Goggan Blair & Sampson, LLP    5101 Wheelis Drive
Case 24-20024                            c/o John Kendrick Turner                  Suite 300
Eastern District of Texas                2777 N. Stemmons Freeway                  Memphis, TN 38117-4533
Marshall                                 Suite 1000
Fri Oct 25 18:56:30 CDT 2024             Dallas, TX 75207-2328

Don's Barefoot Beach Marina, LLC         PlainsCapital Bank                        Tyler - U. S. Bankruptcy Court
5244 FM 1520                             c/o Michael P. Menton                     Plaza Tower
Pittsburg, TX 75686-3570                 3333 Lee Parkway, 8th Floor               110 N. College Avenue
                                         Dallas, TX 75219-5111                     Ninth Floor
                                                                                   Tyler, TX 75702-7226

Attorney General of the                  Camp County Appraisal                     Comptroller of Public Accounts
United States                            District                                  C/O Office of the Attorney General
Office of the Attorney General           143 Quitman Street                        Bankruptcy - Collections Division MC-008
Main Justice Building, Room 5111         Pittsburg, TX 75686-1361                  PO Box 12548
10th & Constitution Avenue N.W.                                                    Austin TX  78711-2548
Washington, DC 20503-0001

Internal Revenue Service                 Linebarger Goggan Blair &                 Misty Thornton
Central Insolvency Operations            Sampson                                   190 East Stacy Road, 306#391
PO Box 7346                              1517 W. Front St Ste. 202                 Allen, TX 75002-8734
Philadelphia, PA 19101-7346              Tyler, TX 75702-7854


Nathan's Best Holdings                   Nation's Best - Texas, LLC                Office of the United States
112 North Greer Blvd.                    c/o NCS Credit                            Trustee
Pittsburg, TX 75686-1409                 729 Miner Road                            110 N College Ave Ste 300
                                         Highland Heights, OH 44143-2117           Tyler, TX 75702-7231

Office of the United States Trustee      Plains Capital Bank                       Small Business
902 San Jacinto BLvd Ste 230             18111 Preston Road, 450                   Administration
Austin TX 78701-2416                     Dallas, TX 75252-6142                     2120 Riverfront Drive, 100
                                                                                   Little Rock, AR 72202-1794

Social Security Administration           Sysco East Texas LLC                      Texas Alcoholic Beverage Commission
Attn:  Bankruptcy Coordinator            4577 Estes Pkwy.                          Licenses and Permits Division
Office of the General Counsel, Region VI Longview, TX 75603-0900                   P O Box 13127
1301 Young St Ste A702                                                             Austin TX 78711-3127
Dallas, TX 75202-4813

Texas Comptroller of Public              Texas Comptroller of Public               (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
Accounts                                 Accounts                                  REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
P.O. Box 12548 MC-008                    Revenue Accounting Division               PO BOX 13528
Austin, TX 78711-2548                    Bankruptcy Section                        AUSTIN TX 78711-3528
                                         Po Box 13528
                                         Austin, TX 78711-3528

Texas State Comptroller/Texas Attorney Gener  Texas Workforce Commission           U. S. Small Business Administration
PO Box 12548                             TEC Building - Bankruptcy                 Dallas/Ft. Worth District Office
Austin, TX 78711-2548                    101 E 15th St                             4300 Amon Carter Boulevard Suite 114
                                         Austin, TX 78778-1442                     Fort Worth, TX 76155-2652

U.S. Small Business                      U.S. Small Business Administration        (p)HUD OGC REGION VI
Administration                           150 Westpark Way                          307 W SEVENTH ST SUITE 1000
PO Box 3918                              Suite 130                                 FT WORTH TX 76102-5108
Portland, OR 97208-3918                  Euless, TX 76040-3705
```

```
US Department of Veterans Affairs          US Trustee                                 United States Attorney's
Regional Office, Finance Section (24)      Office of the U.S. Trustee                 Office
701 Clay Ave                               110 N. College Ave.                        110 North College Avenue STE 700
Waco TX 76799-0001                         Suite 300                                  Tyler, TX 75702-0204
                                           Tyler, TX 75702-7231


United States Securities & Exchange Commissi   United States Small Business           Young Oil
Fort Worth Regional Office                     Administration                         110 S Wood St
801 Cherry St Ste 1900 Unit 18                 4300 Amon Carter Blvd Suite 114        Gilmer, TX 75644-2343
Fort Worth, TX 76102-6819                      Fort Worth, TX 76155-2652



Robert DeMarco III
Robert Demarco
12770 Coit Road
Suite 850
Dallas, TX 75251-1364
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Texas Comptroller of Public Accounts       US Department of HUD
Revenue Accounting Division                307 W 7th Street Ste 1000
Bankruptcy Section                         Ft Worth TX 76102
Po Box 13528
Austin, TX 78711-3528
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Shields Family Limited Partnership      (u)WE & MK Shields Family Limited Partnership   (d)Attorney General of the United States
                                                                                           Office of the Attorney General
                                                                                           Main Justice Building, Room 5111
                                                                                           10th & Constitution Avenue N.W.
                                                                                           Washington, DC 20503-0001


(d)Linebarger Goggan Blair & Sampson       (d)PlainsCapital Bank                       (d)United States Attorney's Office
1517 W. Front St Ste. 202                  c/o Michael P. Menton                       110 North College Avenue STE 700
Tyler, TX 75702-7854                       3333 Lee Parkway, 8th Floor                 Tyler, TX 75702-0204
                                           Dallas, TX 75219-5111


(d)Misty Thornton                          (u)Small Business Administration            End of Label Matrix
190 East Stacy Road, 306#391                                                           Mailable recipients    36
Allen, TX 75002-8734                                                                   Bypassed recipients     8
                                                                                       Total                  44
```

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-2<br>Case 24-20068<br>Eastern District of Texas<br>Marshall<br>Fri Oct 25 18:57:47 CDT 2024 | Camp CAD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Commercial Advisors<br>5101 Wheelis Drive<br>Suite 300<br>Memphis, TN 38117-4533 |
| PlainsCapital Bank<br>c/o Michael P. Menton<br>3333 Lee Parkway, 8th Floor<br>Dallas, TX 75219-5111 | Thornton Real Estate Investment Inc.<br>190 E STACY RD STE 306#391<br>Allen, TX 75002-8738 | Tyler - U. S. Bankruptcy Court<br>Plaza Tower<br>110 N. College Avenue<br>Ninth Floor<br>Tyler, TX 75702-7226 |
| Attorney General of the United States<br>Main Justice Bldg., Rm. 5111<br>10th & Constitution Ave. N.W.<br>Washington, DC 20503-0001 | Camp County Appraisal District<br>143 Quitman Street<br>Pittsburg, TX 75686-1361 | Internal Revenue Service<br>Central Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Office of the Attorney General<br>Bankruptcy-Collections Division<br>Po Box 12548<br>Austin, TX 78711-2548 | Office of the United States Trustee<br>903 San Jacinto Blvd Ste 230<br>Austin, TX 78701-2450 | Plains Capital Bank<br>18111 Preston Road, 450<br>Dallas, TX 75252-6142 |
| Small Business Administration<br>2120 Riverfront Drive, 100<br>Little Rock, AR 72202-1794 | Texas Alcoholic Beverage Commission<br>License and Permits Division<br>Po Box 13127<br>Austin, TX 78711-3127 | (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 |
| Texas Workforce Commission<br>TEC Building - Bankruptcy<br>101 E 15th St<br>Austin, TX 78778-1442 | (p)HUD OGC REGION VI<br>307 W SEVENTH ST SUITE 1000<br>FT WORTH TX 76102-5108 | U.S. Dept. of Veterans Affairs<br>Regional Office, Finance Section (24)<br>701 Clay Ave<br>Waco, TX 76799-0001 |
| U.S. Securities & Exchange Comm.<br>Fort Worth Regional Office<br>801 Cherry St Ste 1900 Unit 18<br>Fort Worth, TX 76102-6819 | U.S. Small Business Administration<br>150 Westpark Way Suite 130<br>Euless, TX 76040-3705 | U.S. Small Business Administration<br>PO Box 3918<br>Portland, OR 97208-3918 |
| US TRUSTEE<br>110 N COLLEGE AVE<br>ROOM 300<br>TYLER, TX 75702-7231 | US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney<br>110 North College Ave. Ste. 700<br>Tyler, TX 75702-0204 |
| Michael S. Mitchell<br>Michael S. Mitchell<br>500 N. Central Expressway<br>Suite 500<br>Plano, TX 75074-6703 | Robert DeMarco III<br>Robert Demarco<br>12770 Coit Road<br>Suite 850<br>Dallas, TX 75251-1364 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Texas Comptroller of Public Accounts<br>Bankruptcy Section<br>Po Box 13528<br>Austin, TX 78711-3528 | U.S. Department of HUD<br>307 W. 7th Street Suite 1000<br>Fort Worth, TX 76102 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)WE & MK Shields Family Limited Partnership | (d)Camp CAD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o John Kendrick Turner<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | (d)PlainsCapital Bank<br>c/o Michael P. Menton<br>3333 Lee Parkway, 8th Floor<br>Dallas, TX 75219-5111 |

End of Label Matrix
Mailable recipients    25
Bypassed recipients     3
Total                  28